### SIMPSON CRAWFORD CO. v. KNIGHT.

(Supreme Court, Appellate Term.   June 29, 1911.)

SALES (§ 479*)—CONDITIONAL SALES—ENFORCEMENT OF LIEN.

A seller of a piano, who seeks to enforce a lien under a conditional sale agreement, may enforce the lien to the extent of the unpaid price; but he has no lien for repairs made on the piano at the buyer's request.

[Ed. Note.—For other cases, see Sales, Dec. Dig. § 479.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by the Simpson Crawford Company against Herbert Knight. From a judgment for plaintiff, defendant appeals. Modified and affirmed.

Argued before SEABURY, GUY, and BIJUR, JJ.

Irving C. Fox, for appellant.

C. Bertram Plante, for respondent.

SEABURY, J. This is an action to foreclose a lien upon a chattel. The plaintiff sold a piano to the defendant under a conditional sale agreement, and proved that $70.42 was due and unpaid under the contract. The plaintiff also proved that it made repairs upon the piano, at the defendant's request, of the value of $50. No claim for this sum is made in the complaint. The plaintiff had no lien upon the chattel for the amount of this last item. The court erred in awarding the plaintiff a judgment for an amount including the $50 item and directing that the chattel be sold to satisfy the amount of the plaintiff's claim.

The judgment is modified, by reducing the same to the sum of $70.42, with appropriate costs in the court below, and, as modified, affirmed, without costs of this appeal to either party. All concur.